# Exhibit A

## IN THE COUNTY COURT OF DESOTO COUNTY, MISSISSIPPI
## CIVIL DIVISION

Robert G. Hallam and
Alaine G. Hallam, individuals

      Plaintiffs,

vs.                Cause No.:      CO2018-1568CD

Southaven R.V. Center, Inc.,
a Mississippi Profit Corporation and
REV Recreation Group, Inc.,
a Foreign Profit Corporation,

      Defendants.

## JURY TRIAL DEMANDED
## COMPLAINT AND JURY DEMAND

NOW COME Plaintiffs, Robert G. Hallam and Alaine G. Hallam, by and through their

attorneys, Lemon Law Group Partners PLC, and submit the following as their Complaint against

Defendants Southaven R.V. Center, Inc. and REV Recreation Group, Inc.

## PARTIES, JURISDICTION AND VENUE

1.     Plaintiffs Robert G. Hallam and Alaine G. Hallam are individuals residing at 7413 Tack

CV, Southaven, Mississippi 38671.

2.     Defendant Southaven R.V. Center, Inc. is a domestic profit corporation doing business

throughout the State of Mississippi.  Southaven R.V. Center, Inc. (hereinafter "Defendant

Dealership") may be served through its registered agent, Mr. William Mark Hixson, 5485 Pepper

Chase Dr., Southaven, Mississippi 38671.

3.     Defendant REV Recreation Group, Inc. is a foreign profit corporation doing business

throughout the State of Mississippi.  REV Recreation Group, Inc. (hereinafter "Defendant

FILED
DESOTO COUNTY, MS

SEP 07 2018

Dale K. Thompson
CIRCUIT COURT CLERK

Manufacturer" or "Defendant REV") may be served through its registered agent, CT Corporation

System, 150 W. Market Street, Suite 800, Indianapolis, Indiana 46204.

4.      The transactions and occurrences involved in this action took place in the State of

Mississippi, County of DeSoto.

## COMMON AVERMENTS

5.      On or about August 12, 2017, Plaintiffs purchased a used 2016 Holiday Rambler

Ambassador 38FS RV, VIN: 4UZACJDT6FCGT5865 from Defendant Dealership (hereinafter

"Vehicle"). Please see Exhibit A: Purchase Agreement.

6.      At the time of purchase, the Vehicle was accompanied with the remaining balance of a

factory warranty which, in relevant part, provided for a one (1) year – 15,000 mile basic limited

warranty and three (3) year – 45,000 mile limited structural warranty (the "Warranty"). Full

warranty is in Defendant's Possession.

7.      The Subject Vehicle is registered in Mississippi and was purchased primarily for

personal, family, and/or household purposes.

8.      Manufacturer's warranty covered any repairs or replacements needed during the warranty

period and/or due to defects in factory materials or workmanship.

9.      In fact, when delivered, the Subject Vehicle was defective in materials and workmanship,

such defects being discovered within the warranty periods and repairs were attempted.

10.     Shortly after purchase, Plaintiffs noticed defects in the vehicle and returned the vehicle to

Defendant Dealership to repair the defects on at least seven (7) occasions for defects to the

Subject Vehicle including:  hot water not working on electric or gas, dryer light stays on

constantly, wood panel under stove is rotten, tile and metal shards from corner slideout near front

2

door, front storage compartment leaking water and rusting, refrigerator leaking out bottom, water line defects necessitating replacement, storage door defects, drains on both kitchen sinks loose and leaking, slide topper over the curbside is loose and sagging, spray nozzle in bathroom at toilet is leaking, left side of shower is leaking, LP gauge showing empty when LP tank is full, ceiling lights and skylight leaking, unit trembles and vibrates during travel, front leveling leaking fluid on passenger side, popping sound when turning, awning defects, door opens when driving, electric brakes on tow dolly inoperable, zone 1 heat inoperable, water pump not working, fresh water tank freezing up, counter top hot when furnace running, wall plug on glove box inoperable, entry door sticking, and gap in floor. Please see Exhibit B: Repair Orders.

11. Subject Vehicle has been out-of-service for at least thirty (30) total days for the aforementioned repairs. Please see Exhibit B.

12. Despite the prolonged time during which the Subject Vehicle has been out-of-service, Manufacturer has failed to repair the Subject Vehicle so as to bring it into conformity with the warranties set forth herein.

13. The defects experienced by Plaintiffs with the Subject Vehicle substantially impaired its use, value, and safety to the Plaintiffs, and have shaken the Plaintiffs' faith in the vehicle to operate as dependable transportation.

14. Despite Plaintiffs' repeated efforts to allow Manufacturer the opportunity to conform the Subject Vehicle, many nonconforming and defective conditions were not repaired, and still exist.

15. Plaintiffs directly notified Defendant Manufacturer of the defective conditions of the vehicle on numerous occasions and that they desired a buy-back of the Subject Vehicle, wherein Defendant failed and refused to buy back Plaintiffs' defective Vehicle and to reimburse Plaintiffs

3

pursuant to their rights under State and Federal Laws. Please see Exhibit C: Written

Notification.

16.     This cause of action arises out of the Defendant Manufacturer's Breach of Warranty and

violation of the Federal Magnuson-Moss Warranty Act as set forth in this Complaint.

17.     Plaintiffs seek judgment against Defendants in whatever amount that Plaintiffs are entitled

to, including equitable relief, consequential damages, along with the costs and expenses of this

action.

18.     There is no other pending or resolved civil action arising out of the same transaction or

occurrence alleged in this Complaint.

## COUNT I
## BREACH OF FACTORY WARRANTY

19.     Plaintiffs fully repeat and incorporate Paragraphs 1 through 18, as set forth above.

20.     Defendant REV extended to Plaintiffs the remaining balance of a one (1) year – 15,000

mile basic limited warranty and three (3) year – 45,000 mile limited structural warranty

("Warranty").

21.     Plaintiffs, seeking to repair the Subject Vehicle, attempted to exercise Plaintiffs' rights

under the Warranty.

22.     Defendant REV has failed to honor the terms of the Warranty.

23.     Defendant REV has failed or refused to repair the above-referenced issues.

24.     As a result of the actions set forth above, Defendant REV has breached its warranty.

25.     As a result of Defendant REV's breach of warranty, Plaintiffs have, and will continue to,

suffer significant monetary and consequential damages.

4

**WHEREFORE**, Plaintiffs respectfully request that this Honorable Court enter Judgment in favor of Plaintiffs and against Defendants in an amount to be proven at trial, including all consequential damages, incidental damages, equitable remedies, costs, interest, and attorney fees.

## COUNT II
## BREACH OF MAGNUSON-MOSS WARRANTY ACT

26.    Plaintiffs fully repeat and incorporate Paragraphs 1 through 25, as set forth above.

27.    This Court has jurisdiction to decide claims brought under 15 USC § 2301 et seq., by virtue of 15 USC § 2301(d)(1)(A).

28.    Plaintiffs are "consumer"s as defined by 15 USC § 2301(3).

29.    Defendant REV is a "supplier" and "warrantor" as defined by 15 USC § 2301(4)(5).

30.    The Subject Vehicle is a "consumer product" as defined by 15 USC § 2301(6).

31.    15 USC § 2301(D)(1)(A), requires Defendant REV, as a warrantor, to remedy any defects, malfunction or non-conformance of the Subject Vehicle within a reasonable time and without charge to Plaintiffs, as defined in 15 USC § 2304(d).

32.    The actions of Defendant REV as hereinabove described, in failing to tender the Subject Vehicle to Plaintiffs free of defects and refusing to repair or replace the defective vehicle tendered to Plaintiffs, constitute a breach of the written warranties covering the Subject Vehicle; and thus, constitute a violation of the Magnuson-Moss Warranty Act.

33.    Despite repeated demands and despite the fact that the Plaintiffs have complied with all reasonable terms and conditions imposed upon them by Defendant REV, Defendant REV has failed and refused to cure any defects and non-conformity with the Subject Vehicle.

34.     As a result of Defendant REV's breach of factory warranty as set forth above, and

Defendant REV's failure to honor its obligations under its warranties, Plaintiffs have, and will

continue to, suffer damages as enumerated above.

35.     Defendant REV had a reasonable opportunity to remedy the defects in the vehicle but has

failed to do so, thereby entitling Plaintiffs to a refund of the purchase price pursuant to the

Magnuson-Moss Warranty Act.

36.     Pursuant to the Magnuson-Moss Warranty Act, 15 U.S.C. § 2310(d)(2), Plaintiffs are

entitled to recover as part of the judgment, costs and expenses of the suit including attorney's

fees based on actual time expended.

## COUNT III
## REVOCATION

37.     Plaintiffs repeat and incorporate Paragraphs 1 through 36 as set forth above.

38.     After taking possession of the Subject Vehicle, Plaintiffs discovered defects as outlined

above which substantially impaired the value of the Vehicle to Plaintiffs.

39.     After numerous failed attempts by Defendant Dealership to properly repair the Subject

Vehicle, Plaintiffs now believe that said non-conformities cannot be seasonably or ever cured and

have lost confidence that the vehicle can be operated safely.

40.     Due to the Subject Vehicle's lengthy repair history and continuing defects, Plaintiffs have

previously sought to revoke acceptance pursuant to Miss. Code Ann §75-2-608  and the return of

the purchase price of the Subject Vehicle.

41.     Defendant Dealership has refused to comply with the Plaintiffs' demand for revocation

and a refund of Plaintiffs' purchase price.

6

42.     With the filing of this Complaint, Plaintiffs continue their demand of Defendant

Dealership to allow Plaintiffs to return the vehicle in exchange for the purchase price and any

costs or expenses associated with the sale, repair and return of the Subject Vehicle as allowed by

law, including payment of reasonable costs and expenses.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiffs pray for judgment as follows:

(1)     For actual damages according to proof at trial;

(2)     For a refund of the purchase price of Subject Vehicle;

(3)     For Defendant REV to accept return of Subject Vehicle;

(4)     For attorney's fees and costs of suit incurred herein;

(5)     For such other and further relief as the court deems just and proper under

the circumstances;

(6)     That all issues be tried before a jury.

Dated: August 28, 2018

Respectfully submitted,

LEMON LAW GROUP PARTNERS PLC

By:     */s/ Daniel Ware*
        Daniel Ware, Esq.
        3323 NE 163rd Street, Suite 504
        North Miami Beach, FL 33160
        (888) 415-0610
        info@lemonlawgrouppartners.com

7

# EXHIBIT A

# SOUTHAVEN
## RV SuperCenter

5485 Pepper Chase Dr.
Southaven, MS 38671
(662) 393-9948

SALES
SERVICE
PARTS

NO. **5954**

# BILL OF SALE

SOLD TO: Robert G Hallam     or   Alaine G Hallam     DATE: _08/12/2017_

ADDRESS: 7413 Tack Cv                                SALESMAN: Donald Wynn

CITY: Southaven                        STATE: MS      ZIP: 38671

PHONE: 901-831-3575

| MAKE | YEAR | NEW OR USED | SERIAL NUMBER |
|------|------|-------------|---------------|
| HOLIDAY RAMBLER  Ambassador | 2016 | Used | 4UZACJDT6FCGT5865 |

| MODEL 38FS | CHASSIS MAKE | NO: 5243 | |

LIEN HOLDER  Orion Federal Credit Union                    TYPE LIEN _____
P.O. Box 279703

ADDRESS Sacramento CA 95827 9703     AMOUNT $157,112.50     DATE OF LIEN _08/12/2017_

THE UNDERSIGNED DEALER HAS THIS DAY SOLD UNDER CONDITIONAL SALES CONTRACT TO THE ABOVE NAMED PURCHASER THE HERE IN ABOVE
DESCRIBED MOTOR VEHICLE, WARRANTS, AND COVENANTS THAT THE UNDERSIGNED DEALER IS THE LAWFUL OWNER THEREOF WITH GOOD RIGHT
TO SELL SAME, THAT THERE IS NO LIEN OR ENCUMBRANCE THEREON EXCEPT CONDITIONAL SALES CONTRACT OR CHATTEL MORTGAGE, SIGNED BY
ABOVE PURCHASER AND UNDERSIGNED WILL WARRANT AND DEFEND TITLE AGAINST ALL PERSONS EXCEPT ABOVE LIENHOLDER MISS.

SOUTHAVEN RV CENTER, INC.     BY _____

SWORN TO AND SUBSCRIBED AND ACKNOWLEDGED BEFORE ME THIS __12__ DAY OF ___August___ 20_17_

NOTARY PUBLIC IN AND FOR COUNTY OF DeSoto     STATE OF MS  MY COMMISSION EXPIRES  RONALD R. HIXSON

NOTARY SIGNATURE _____

| VEHICLE TRADE-IN INFORMATION | | | |
|------|------|------|------|
| YEAR | MAKE | MODEL | SERIAL NO. |
| 2004 | TIFFIN     Phaeton | 38GH | 4UZAAHAK63CM12017 |

AMOUNT OF PAYOFF: $44,000.00          PAYOFF TO  CFSB

| | |
|---|---|
| **UNIT PRICE** | $142,650.00 |
| TRADE ALLOWANCE | $43,000.00 |
| TRADE DIFFERENCE OR NET SELLING PRICE | $99,650.00 |
| CITY & COUNTY BUSINESS TAX | |
| STATE SALES TAX | $0.00 |
| LOCAL SALES TAX | $4,982.50 |
| TOTAL TAX COLLECTED ON VEHICLE | $0.00 |
| TOTAL VEHICLE SALE | $104,632.50 |
| SERVICE CONTRACT | $8,341.00 |
| SALES TAX | |
| TOTAL SERVICE CONTRACT | $8,341.00 |
| INSURANCE | $0.00 |
| CREDIT LIFE | $0.00 |
| OTHER INSURANCE     GAP | $0.00 |
| FEES     PROCESSING FEE     TITLE | $139.00 |
| TOTAL SALE | $113,112.50 |
| PAYOFF ON TRADE-IN | $44,000.00 |
| **TOTAL SETTLEMENT** | $157,112.50 |
| CASH ON DELIVERY | $0.00 |
| LIENHOLDER | $157,112.50 |

Additional Trade Units:

Additional Sold Units:

$4,982.50

$104,632.50

# EXHIBIT B



## Repair Order

### Due: $385.20

**Doc Number:** 25704
**Service Writer:** Ellen Hobbs
**Date Printed:** 04/06/2018
**Date Promised:** 12/01/2017
**Date In:** 12/01/2017

**Robert G Hallam**
**7413 Tack Cv**
**Southaven, MS  38671**

### Customer Information

**Home Phone:** 901-831-3575

**Email:** revbob69@yahoo.com

Fold Here

## Summary

| Unit | Job | Job Total |
|------|-----|-----------|
| 2016 HOLIDAY RAMBLER 38FS | SHOWER STILL LEAKING | $60.00 |
| 2016 HOLIDAY RAMBLER 38FS | MAIN AWNING IS FRAY ON ENDS WHAT IS CAUSING PROBLEM | $60.00 |
| 2016 HOLIDAY RAMBLER 38FS | MICROWAVE | $0.00 |
| 2016 HOLIDAY RAMBLER 38FS | LEVELING SYSTEM IS STILL NOT RIGHT | $120.00 |
| 2016 HOLIDAY RAMBLER 38FS | TOW DOLLY | $120.00 |

| | |
|---|---|
| **Job Subtotal:** | $360.00 |
| **Job Labor Subtotal:** | $360.00 |
| **Tax:** | $25.20 |
| **Total:** | $385.20 |
| **Less Deposits:** | $0.00 |
| **Total Due:** | $385.20 |

EW = USA Travel
HE IS GETTING READY TO DO A 3 MOTH TRIP SO WILL NEED IT BACK BY DEC. 15TH   ELLEN

### DISCLAIMER

Southaven RV and Marine is not responsible for loss or damages to vehicle or articles left in the vehicle in case of fire, theft or another cause beyond our control including food spoilage in the refrigerator.  I hereby authorize the above repair work to be done with the necessary materials and hereby grant you and/or your employees permission to operate vehicle herein described, on streets, highways or elsewhere for the purpose of testing and/or inspection. I authorize repairs to the vehicle described above, I require a call to complete repairs should they exceed $_____.  I waive having an estimate of cost for repairs providing they do not exceed this amount.  I understand that I have 14 days to pick up my RV after completions of my service work or I will be charged $20.00 storage fee per day.
Labor warranty is 90 days for workman ship
Thank you for your business! No returns on electrical parts!

Date vehicle dropped off_____
Date of appointment_____
Repair completion date_____
Owner notified of completion time_____date_____
Date released_____

I/We, the undersigned, acknowledge the foregoing as factual and I/We hereby acknowledge receipt of the completed work order.  I/We have inspected my/our vehicle and have examined the work done.  I/We confirm that the work has been completed to my/our satisfaction.

Signature:_____

Page 1 of 2      25704

# Detail

| Unit | | | | |
|---|---|---|---|---|
| **2016 HOLIDAY RAMBLER 38FS Ambassador** | Color: | | Keyboard: | |
| **VIN/Serial4UZACJDT6FCGT5865** | Plate: | | Odom/Hrs4,564 | Out:4,564 |

## SHOWER STILL LEAKING

**Description:**

**Resolution:**contacted the ppl that make the surround

| Description | Technician | Hour | Total |
|---|---|---|---|
| | Michael Murphy | 0.5 | $60.00 |
| | | **Labor Subtotal** | **$60.00** |
| | | **Job Subtotal** | **$60.00** |

## MAIN AWNING IS FRAY ON ENDS WHAT IS CAUSING PROBLEM

**Description:**

**Resolution:**SPLINE LET LOOSE ON EDGE HAD TO REINSTALL SPLINE IN AWNING

| Description | Technician | Hour | Total |
|---|---|---|---|
| | Michael Murphy | 0.5 | $60.00 |
| | | **Labor Subtotal** | **$60.00** |
| | | **Job Subtotal** | **$60.00** |

## MICROWAVE

**Description:**VIBRATES VERY HARD AND DOOR COMES OPEN WHEN DRIVING DOWN THE ROAD

| | | **Job Subtotal** | **$0.00** |
|---|---|---|---|

## LEVELING SYSTEM IS STILL NOT RIGHT

**Description:**3" INCH OFF

**Resolution:**FULL WALL  SLIDEOUT MAY CAUSE COACH TO LEAN SLIGHTLY ALSO    STILL A LITTLE AIR IN SYSTEM  AND TOP OFF FLUID

| Description | Technician | Hour | Total |
|---|---|---|---|
| | Michael Murphy | 1 | $120.00 |
| | | **Labor Subtotal** | **$120.00** |
| | | **Job Subtotal** | **$120.00** |

## TOW DOLLY

**Description:**ELECTRIC BRAKES ARE NOT WORKING ON TOW DOLLY HAD TO TURN BRAKE CONTROL DOWN TO 0 TO GET IT HOME PPL ON ROAD WAS LETTING HIM KNOW IT WAS JUMP ON ROAD WITH CAR ON IT WHEN HE WOULD HIT HIS BRAKES ON THE MOTOR HOME SO CHECK THE BRAKES ON DOLLY LIGHTS ON DRIVERS SIDE ALSO ARE NOT WORKING

**Resolution:**BRAKE CONTROL SET TO 3 AGGRESSIVE TURNED DOWN TO 1 BRAKING NORMAL BY SETTING SO HIGH AND ALLOWING DOLLY TO BOUNCE PLUG PULLED OUT OF TURN SIDE OF DOLLY DISMOUNTED AND REINSTALLED PLUG

| Description | Technician | Hour | Total |
|---|---|---|---|
| | Michael Murphy | 1 | $120.00 |
| | | **Labor Subtotal** | **$120.00** |
| | | **Job Subtotal** | **$120.00** |

| | | |
|---|---|---|
| **All Jobs Subtotal:** | | **$360.00** |
| **Tax:** | | **$25.20** |
| **Total:** | | **$385.20** |
| **Less Deposits:** | | **$0.00** |
| **Total Due:** | | **$385.20** |



# Repair Order
## Due: $1,276.10

**Doc Number:** 26435
**Service Writer:** Mark Atwood
**Date Printed:** 04/06/2018
**Date Promised:** 12/15/2017
**Date In:** 01/02/2018

**Robert G Hallam**
**7413 Tack Cv**
**Southaven, MS 38671**

### Customer Information
**Home Phone:** 901-831-3575

**Email:** revbob69@yahoo.com

Fold Here

## Summary

| Unit | Job | Job Total |
|---|---|---|
| 2016 HOLIDAY RAMBLER 38FS | repair slideout | $1,260.74 |

| | |
|---|---|
| Job Subtotal: | $1,260.74 |
| Misc: | $15.36 |
| Job Parts Subtotal: | $560.74 |
| Job Labor Subtotal: | $700.00 |
| Tax: | $0.00 |
| Total: | $1,276.10 |
| Less Deposits: | $0.00 |
| Total Due: | $1,276.10 |

radio trim pc around radio murphy has on tool box need to install.
Shipping added 1-23-18 for Valve part # 10118201. Cobble

**DISCLAIMER**

Southaven RV and Marine is not responsible for loss or damages to vehicle or articles left in the vehicle in case of fire, theft or another cause beyond our control including food spoilage in the refrigerator. I hereby authorize the above repair work to be done with the necessary materials and hereby grant you and/or your employees permission to operate vehicle herein described, on streets, highways or elsewhere for the purpose of testing and/or inspection. I authorize repairs to the vehicle described above, I require a call to complete repairs should they exceed $_____. I waive having an estimate of cost for repairs providing they do not exceed this amount. I understand that I have 14 days to pick up my RV after completions of my service work or I will be charged $20.00 storage fee per day.
Labor warranty is 90 days for workman ship
Thank you for your business! No returns on electrical parts!

Date vehicle dropped off_____
Date of appointment_____
Repair completion date_____
Owner notified of completion time_____date_____
Date released_____

I/We, the undersigned, acknowledge the foregoing as factual and I/We hereby acknowledge receipt of the completed work order. I/We have inspected my/our vehicle and have examined the work done. I/We confirm that the work has been completed to my/our satisfaction.

Signature:_____

# Detail

**Unit**   **2016 HOLIDAY RAMBLER 38FS Ambassador**   Color:   Keyboard:2803

**VIN/Serial4UZACJDT6FCGT5865**   Plate:   Odom/Hrs0   Out:4,564

**repair slideout**

**Description:**12/26 (BH) EW approved: $119.95 X 1.3 = 155.94 (board) + $140.95 x 1.3 = $183.24 + $288 (labor) + $43.91 (tax) - $50 (deductible) = $621.09 (payable) Authorization # 814250 per John

**Resolution:**Shipping added 1/5/18 for part # 363984 and 368896. Cobble

| Part # | Qty | Description | Price | Discount | Total |
|--------|-----|-------------|-------|----------|-------|
| 363984 | 1.00 | Touch pad control board | $182.32 | $0.00 | $182.32 |
| 368896 | 1.00 | Slide out controller | $214.24 | $0.00 | $214.24 |
| 10505838 | 1.00 | Roller lit for slide out | $164.18 | $0.00 | $164.18 |
| | | | | **Parts Subtotal** | **$560.74** |

| Description | Technician | Hour | Total |
|-------------|-----------|------|-------|
| | Michael Murphy | 10 | $700.00 |
| | | **Labor Subtotal** | **$700.00** |
| | | **Job Subtotal** | **$1,260.74** |

| | |
|---|---|
| All Jobs Subtotal: | $1,260.74 |
| Shipping & Handling: | $15.36 |
| Tax: | $0.00 |
| Total: | $1,276.10 |
| Less Deposits: | $0.00 |
| Total Due: | $1,276.10 |



## Repair Order

### Invoice

**Doc Number:** 25955
**Service Writer:** Ellen Hobbs
**Date Printed:** 04/06/2018
**Date Promised:** 12/01/2017
**Date In:** 12/01/2017
**Cashier:** HOBB
**Cashier Date:** 01/15/2018

### Customer Information

**Home Phone:** 901-831-3575
**Email:** revbob69@yahoo.com

**Robert G Hallam**
**7413 Tack Cv**
**Southaven, MS  38671**

## Summary

| Unit | Job | Job Total |
|------|-----|-----------|
| 2016 HOLIDAY RAMBLER 38FS | AC IS INOP | $1,453.55 |

| | |
|---|---|
| Job Subtotal: | $1,453.55 |
| Misc: | $0.24 |
| Job Parts Subtotal: | $1,213.55 |
| Job Labor Subtotal: | $240.00 |
| Tax: | $101.75 |
| Total: | $1,555.54 |
| Less Deposits: | ($1,555.54) |
| Total Due: | $0.00 |

EW = USA Travel HE IS GETTING READY TO DO A 3 MOTH TRIP SO WILL NEED IT BACK BY DEC. 15TH    ELLEN
Labor warranty is 90 days for workmanship
Parts warranty maybe longer - up to one year through manufacturer

DISCLAIMER
Southaven RV and Marine is not responsible for loss or damages to vehicle or articles left in the vehicle in case of fire, theft or another cause beyond our control including food spoilage in the refrigerator.  I hereby authorize the above repair work to be done with the necessary materials and hereby grant you and/or your employees permission to operate vehicle herein described, on streets, highways or elsewhere for the purpose of testing and/or inspection. I authorize repairs to the vehicle described above, I require a call to complete repairs should they exceed $_____.  I waive having an estimate of cost for repairs providing they do not exceed this amount.  I understand that I have 14 days to pick up my RV after completions of my service work or I will be charged $20.00 storage fee per day.
Labor warranty is 90 days for workman ship
Thank you for your business! No returns on electrical parts!

Date vehicle dropped off_____
Date of appointment_____
Repair completion date_____
Owner notified of completion time_____date_____
Date released_____

I/We, the undersigned, acknowledge the foregoing as factual and I/We hereby acknowledge receipt of the completed work order.  I/We have inspected my/our vehicle and have examined the work done.  I/We confirm that the work has been completed to my/our satisfaction.

Signature:_____

# Detail

**Unit**    **2016 HOLIDAY RAMBLER 38FS Ambassador**    Color:         Keyboard:

| | | | | | |
|---|---|---|---|---|---|
| VIN/Serial4UZACJDT6FCGT5865 | | Plate: | | Odom/Hrs0 | Out:4,564 |

**AC IS INOP**

**Description:** 12/12 (BH) EW approved: $1260.50 (AC) + $240 (labor) + $105.04 (tax) - $50 (deductible) = $1,555.54 (payable) Authorization # 811514
per Angie

**Resolution:** COMPRESSOR WAS LOCKED UP HAD TO R/R HEAT PUMP

| Part # | Qty | Description | Price | Discount | Total |
|---|---|---|---|---|---|
| 08-0199 | 1.00 | A/C coleman, mach 8, 13.5 w/heat | $1,213.55 | $0.00 | $1,213.55 |
| | | | | **Parts Subtotal** | **$1,213.55** |

| Description | Technician | Hour | Total |
|---|---|---|---|
| R&R AC | Michael Murphy | 2 | $240.00 |
| | | **Labor Subtotal** | **$240.00** |
| | | **Job Subtotal** | **$1,453.55** |

|  |  |
|---|---|
| All Jobs Subtotal: | $1,453.55 |
| Hazard Waste Charge: | $0.24 |
| Tax: | $101.75 |
| Total: | $1,555.54 |
| Less Deposits: | ($1,555.54) |
| Total Due: | $0.00 |



## Repair Order
### Invoice

**Doc Number:** 24466
**Service Writer:** Ellen Hobbs
**Date Printed:** 04/06/2018
**Date Promised:** 09/05/2017
**Date In:** 09/05/2017
**Cashier:** chixson
**Cashier Date:** 10/05/2017

**Robert G Hallam**
**7413 Tack Cv**
**Southaven, MS  38671**

### Customer Information
**Home Phone:** 901-831-3575

**Email:** revbob69@yahoo.com

Fold line

## Summary

| Unit | Job | Job Total |
|------|-----|-----------|
| 2016 HOLIDAY RAMBLER 38FS | 1. water leak | $238.85 |
| 2016 HOLIDAY RAMBLER 38FS | 2. FRIDGE | $140.00 |
| 2016 HOLIDAY RAMBLER 38FS | 3. STORAGE DOOR | $0.00 |
| 2016 HOLIDAY RAMBLER 38FS | 4. KITCHEN SINK LEAK | $17.79 |
| 2016 HOLIDAY RAMBLER 38FS | 5. SLIDE TOPER | $35.00 |
| 2016 HOLIDAY RAMBLER 38FS | 6. BATHROOM WATER LEAK | $7.00 |
| 2016 HOLIDAY RAMBLER 38FS | 7. SHOWER LEAK | $105.00 |
| 2016 HOLIDAY RAMBLER 38FS | 9. LP SENSOR | $35.00 |
| 2016 HOLIDAY RAMBLER 38FS | ceiling panel | $175.00 |
| 2016 HOLIDAY RAMBLER 38FS | 10. Front end | $612.33 |

|  |  |
|--|--|
| **Job Subtotal:** | **$1,365.97** |
| **Job Parts Subtotal:** | **$109.64** |
| **Job Labor Subtotal:** | **$644.00** |
| **Job Sublet Subtotal:** | **$612.33** |
| **Tax:** | **$0.00** |
| **Total:** | **$1,365.97** |
| **Less Deposits:** | **$0.00** |
| **Total Due:** | **$1,365.97** |

**AR CHARGE - INT - SALES CHARGEBACKS(Charge back to Denny Wynn):**     **$1,365.97**

**DISCLAIMER**
Southaven RV and Marine is not responsible for loss or damages to vehicle or articles left in the vehicle in case of fire, theft or another cause beyond our control including food spoilage in the refrigerator. I hereby authorize the above repair work to be done with the necessary materials and hereby grant you and/or your employees permission to operate vehicle herein described, on streets, highways or elsewhere for the purpose of testing and/or inspection. I authorize repairs to the vehicle described above, I require a call to complete repairs should they exceed $_____. I waive having an estimate of cost for repairs providing they do not exceed this amount. I understand that I have 14 days to pick up my RV after completions of my service work or I will be charged $20.00 storage fee per day.
Labor warranty is 90 days for workman ship
Thank you for your business! No returns on electrical parts!

Date vehicle dropped off_____
Date of appointment_____
Repair completion date_____
Owner notified of completion time_____date_____
Date released_____

I/We, the undersigned, acknowledge the foregoing as factual and I/We hereby acknowledge receipt of the completed work order. I/We have

Page 1 of 4      24466

Inspected my/our vehicle and have examined the work done. I/We confirm that the work has been completed to my/our satisfaction,

Signature:_____

# Detail

| **Unit** | **2016 HOLIDAY RAMBLER 38FS Ambassador** | **Color:** | **Keyboard:2272 DOP 8/12/17** |
|---|---|---|---|
| | **VIN/Serial4UZACJDT6FCGT5865** | **Plate:** | **Odom/Hrs**2,396    **Out:**2,396 |

## 1. water leak

**Description:**CUSTOMER STATES THAT THE FRONT STORAGE COMPARTMENT ON THE ROADSIDE IS LEAKING WATER, HAS RUST ON FLOOR.

**Resolution:**adjust door tighten and sealed top of compartment added foam all around top of the compartment so water can not come in remove rust and repaint

| Part # | Qty | Description | Price | Discount | Total |
|---|---|---|---|---|---|
| 121294 | 3.00 | Light, LED W/3" Clip Mount | $20.40 | $0.00 | $61.20 |
| 420034 | 3.00 | GEOCEL ADVANCED RV SL 10 OZ | $9.89 | $0.00 | $29.67 |
| 10-7030 | 2.00 | 1pc 1/2 x 1/2 COUPLING | $3.99 | $0.00 | $7.98 |
| | | | | **Parts Subtotal** | **$98.85** |

| Description | Technician | Hour | Total |
|---|---|---|---|
| repair | Michael Murphy | 2 | $140.00 |
| | | **Labor Subtotal** | **$140.00** |
| | | **Job Subtotal** | **$238.85** |

## 2. FRIDGE

**Description:**CUSTOMER STATES THAT THE FRIDGE IS LEAKING OUT THE BOTTOM AND A COLD MIST.

**Resolution:**had to replace water line slide out had put a kink in line

| Description | Technician | Hour | Total |
|---|---|---|---|
| repair | Michael Murphy | 2 | $140.00 |
| | | **Labor Subtotal** | **$140.00** |
| | | **Job Subtotal** | **$140.00** |

## 3. STORAGE DOOR

**Description:**CUSTOMER STATES THAT THE OUTSIDE STORAGE DOOR UNDER PASSENGER SEAT, THE LOCK IS COMING OUT WITH THE KEY.

| | | **Job Subtotal** | **$0.00** |
|---|---|---|---|

## 4. KITCHEN SINK LEAK

**Description:**CUSTOMER STATES THAT THE DRAIN ON BOTH KITCHEN SINKS ARE LOOSE AND LEAKING.

**Resolution:**had to tighten plumbing under sink

| Part # | Qty | Description | Price | Discount | Total |
|---|---|---|---|---|---|
| 11-0039 | 1.00 | 1/2" x 10' WATER HOSE | $10.79 | $0.00 | $10.79 |
| | | | | **Parts Subtotal** | **$10.79** |

| Description | Technician | Hour | Total |
|---|---|---|---|
| replace | Michael Murphy | 0.1 | $7.00 |
| | | **Labor Subtotal** | **$7.00** |
| | | **Job Subtotal** | **$17.79** |

## 5. SLIDE TOPER

**Description:**CUSTOMER STATES THAT THE SLIDE TOPER OVER THE CURBSIDE SLIDE IS LOOSE AND SAGGING.

**Resolution:**adjust slide out topper

| Description | Technician | Hour | Total |
|---|---|---|---|

| Description | Technician | Hour | Total |
|---|---|---|---|
| adjust | Michael Murphy | 0.5 | $35.00 |
| | | **Labor Subtotal** | **$35.00** |
| | | **Job Subtotal** | **$35.00** |

## 6. BATHROOM WATER LEAK

**Description:** CUSTOMER STATES THAT THE SPRAY NOZZLE IN THE BATHROOM AT THE TOILET IS LEAKING.

**Resolution:** tighten faucet

| Description | Technician | Hour | Total |
|---|---|---|---|
| repar | Michael Murphy | 0.1 | $7.00 |
| | | **Labor Subtotal** | **$7.00** |
| | | **Job Subtotal** | **$7.00** |

## 7. SHOWER LEAK

**Description:** CUSTOMER STATES THAT THE LEFT SIDE OF THE SHOWER IS LEAKING, NO CAULKING PRESENT.

**Resolution:** shower surround pulled away from wall had to reseal complete shower surround added more anchors and sealed that as well

| Description | Technician | Hour | Total |
|---|---|---|---|
| repair | Michael Murphy | 1.5 | $105.00 |
| | | **Labor Subtotal** | **$105.00** |
| | | **Job Subtotal** | **$105.00** |

## 9. LP SENSOR

**Description:** CUSTOMER STATES THAT THE LP GUAGE IS SHOWING THAT THE LP IS EMPTY BUT THE LP TANK IS FULL.

**Resolution:** replace sending unit

| Description | Technician | Hour | Total |
|---|---|---|---|
| replace | Michael Murphy | 0.5 | $35.00 |
| | | **Labor Subtotal** | **$35.00** |
| | | **Job Subtotal** | **$35.00** |

## ceiling panel

**Description:** water leaking

**Resolution:** replace ceiling lights and remove skylight and reseal

| Description | Technician | Hour | Total |
|---|---|---|---|
| repair | Michael Murphy | 2.5 | $175.00 |
| | | **Labor Subtotal** | **$175.00** |
| | | **Job Subtotal** | **$175.00** |

## 10. Front end

**Description:** Customer states the unit trembles and vibrates during travel - took to Alignment Shop for evaluation

**Resolution:** 1. Aligned front end
2. Centered both front wheels on hubs
3. Trued and balanced front tires
4. Replaced right rear brake line at chamber to ABS valve

| Description | Contractor | Total |
|---|---|---|
| aligment | Leland Sowell's Frame & Alignment | $612.33 |
| | **Sublet Subtotal** | **$612.33** |
| | **Job Subtotal** | **$612.33** |

| | | |
|---|---|---|
| **All Jobs Subtotal:** | | **$1,365.97** |
| **Tax:** | | **$0.00** |
| **Total:** | | **$1,365.97** |
| **Less Deposits:** | | **$0.00** |
| **Total Due:** | | **$1,365.97** |

Page 3 of 4      24466

**AR CHARGE - INT - SALES CHARGEBACKS(Charge back to Donny Wynn):**    **$1,365.97**



# Repair Order
## Invoice

**Doc Number:** 24788
**Service Writer:** Ellen Hobbs
**Date Printed:** 04/06/2018
**Date Promised:** 10/04/2017
**Date In:** 10/04/2017
**Cashier:** dfloyd
**Cashier Date:** 12/12/2017

### Customer Information
**Home Phone:** 901-831-3575

**Email:** revbob69@yahoo.com

**Robert G Hallam**
**7413 Tack Cv**
**Southaven, MS  38671**

## Summary

| Unit | Job | | Job Total |
|---|---|---|---|
| 2016 HOLIDAY RAMBLER 38FS | front leveling jacks | | $2,660.45 |
| 2016 HOLIDAY RAMBLER 38FS | when turning | | $0.00 |
| 2016 HOLIDAY RAMBLER 38FS | new light in center at top want a quote he is to pay | | $151.22 |
| | | Job Subtotal: | $2,811.67 |
| | | Misc: | $4.54 |
| | | Job Parts Subtotal: | $1,881.67 |
| | | Job Labor Subtotal: | $930.00 |
| | | Tax: | $196.82 |
| | | Total: | $3,013.03 |
| | | Less Deposits: | ($3,013.03) |
| | | Total Due: | $0.00 |

USA Travel EW - inspection required
make sure paper work is done      VAC WEEK OF OCT 26-29   AND NOV 20-29
10/12 (BH) EW approved: $1842.64 (parts) + $1020 (labor) + $200.39 (tax) - $50 (deductible) = $3,013.03 (payable) Authorization # 800225
wash unit before he picks up after we finish work


### DISCLAIMER
Southaven RV and Marine is not responsible for loss or damages to vehicle or articles left in the vehicle in case of fire, theft or another cause beyond our control including food spoilage in the refrigerator.  I hereby authorize the above repair work to be done with the necessary materials and hereby grant you and/or your employees permission to operate vehicle herein described, on streets, highways or elsewhere for the purpose of testing and/or inspection. I authorize repairs to the vehicle described above, I require a call to complete repairs should they exceed $_____.  I waive having an estimate of cost for repairs providing they do not exceed this amount.  I understand that I have 14 days to pick up my RV after completions of my service work or I will be charged $20.00 storage fee per day.
Labor warranty is 90 days for workman ship
Thank you for your business! No returns on electrical parts!

Date vehicle dropped off_____
Date of appointment_____
Repair completion date_____
Owner notified of completion time_____date_____
Date released_____

I/We, the undersigned, acknowledge the foregoing as factual and I/We hereby acknowledge receipt of the completed work order.  I/We have inspected my/our vehicle and have examined the work done. I/We confirm that the work has been completed to my/our satisfaction.


Signature:_____

Page 1 of 2       24788

# Detail

| Unit | 2016 HOLIDAY RAMBLER 38FS Ambassador | Color: | | Keyboard: | |
|------|---------------------------------------|--------|--|-----------|--|
| | VIN/Serial4UZACJDT6FCGT5865 | Plate: | | Odom/Hrs0 | Out:2,396 |

## front leveling jacks

**Description:**front leveling leaking fluid on passenger side

**Resolution:**R/R FRONT JACK ASSY

| Part # | Qty | Description | Price | Discount | Total |
|--------|-----|-------------|-------|----------|-------|
| 10109727 | 1.00 | Power Gear, front leveling jack | $737.73 | ($73.77) | $663.96 |
| 10116907 | 1.00 | Power Gear Rear leveling jack | $1,291.66 | ($129.17) | $1,162.49 |
| | | | | **Parts Subtotal** | **$1,826.45** |

| Description | Technician | Hour | Total |
|-------------|------------|------|-------|
| R&R jacks | Patrick Freeman | 7.7 | $924.00 |
| | Patrick Freeman | -0.75 | ($90.00) |
| | | **Labor Subtotal** | **$834.00** |
| | | **Job Subtotal** | **$2,660.45** |

## when turning

**Description:**left and right hears popping when turning unit making sure everything is ok on front end have david

| | | |
|--|--|--|
| | **Job Subtotal** | **$0.00** |

## new light in center at top want a quote he is to pay

**Description:**

| Part # | Qty | Description | Price | Discount | Total |
|--------|-----|-------------|-------|----------|-------|
| 10004576 | 1.00 | Brake Light, Center | $61.36 | ($6.14) | $55.22 |
| | | | | **Parts Subtotal** | **$55.22** |

| Description | Technician | Hour | Total |
|-------------|------------|------|-------|
| R&R light | Patrick Freeman | 0.8 | $96.00 |
| | | **Labor Subtotal** | **$96.00** |
| | | **Job Subtotal** | **$151.22** |

| | |
|--|--|
| **All Jobs Subtotal:** | **$2,811.67** |
| **Hazard Waste Charge:** | **$4.54** |
| **Tax:** | **$196.82** |
| **Total:** | **$3,013.03** |
| **Less Deposits:** | **($3,013.03)** |
| **Total Due:** | **$0.00** |



## Repair Order
### Invoice

**Doc Number:** 24388
**Service Writer:** Ellen Hobbs
**Date Printed:** 04/06/2018
**Date Promised:** 08/26/2017
**Date In:** 08/26/2017
**Cashier:** Tracy
**Cashier Date:** 10/31/2017

### Customer Information
**Home Phone:** 901-831-3575

**Email:** revbob69@yahoo.com

**Robert G Hallam**
**7413 Tack Cv**
**Southaven, MS  38671**

Fold Here

## Summary

| Unit | Job | Job Total |
|---|---|---|
| 2016 HOLIDAY RAMBLER 38FS | 1. DE WINTERIZE | $0.00 |
| 2016 HOLIDAY RAMBLER 38FS | hot water not working on electric or gas | $0.00 |
| 2016 HOLIDAY RAMBLER 38FS | light in dryer on constantly | $49.00 |
| 2016 HOLIDAY RAMBLER 38FS | wood panel under stove rotten | $105.00 |
| 2016 HOLIDAY RAMBLER 38FS | Tile and metal shards from corner slide near front door | $56.19 |

|  |  |
|---|---|
| **Job Subtotal:** | $210.19 |
| **Job Parts Subtotal:** | $21.19 |
| **Job Labor Subtotal:** | $189.00 |
| **Tax:** | $0.00 |
| **Total:** | $210.19 |
| **Less Deposits:** | $0.00 |
| **Total Due:** | $210.19 |

| **AR CHARGE - INT - SALES CHARGEBACKS:** | $210.19 |
|---|---|

**DISCLAIMER**

Southaven RV and Marine is not responsible for loss or damages to vehicle or articles left in the vehicle in case of fire, theft or another cause beyond our control including food spoilage in the refrigerator.  I hereby authorize the above repair work to be done with the necessary materials and hereby grant you and/or your employees permission to operate vehicle herein described, on streets, highways or elsewhere for the purpose of testing and/or inspection. I authorize repairs to the vehicle described above, I require a call to complete repairs should they exceed $_____.  I waive having an estimate of cost for repairs providing they do not exceed this amount.  I understand that I have 14 days to pick up my RV after completions of my service work or I will be charged $20.00 storage fee per day.

Labor warranty is 90 days for workman ship

Thank you for your business! No returns on electrical parts!

Date vehicle dropped off_____
Date of appointment_____
Repair completion date_____
Owner notified of completion time_____ date_____
Date released_____

I/We, the undersigned, acknowledge the foregoing as factual and I/We hereby acknowledge receipt of the completed work order.  I/We have inspected my/our vehicle and have examined the work done.  I/We confirm that the work has been completed to my/our satisfaction,

Signature:_____

Page 1 of 2        24388

# Detail

| | | Color: | | |
|---|---|---|---|---|
| **Unit** | **2016 HOLIDAY RAMBLER 38FS Ambassador** | | **Keyboard:**2272 DOP 8/12/17 | |
| | **VIN/Serial**4UZACJDT6FCGT5865 | **Plate:** | **Odom/Hrs**2,396 | **Out:**2,396 |

**1. DE WINTERIZE**

**Description:**DE WINTERIZE UNIT

| | | |
|---|---|---|
| | **Job Subtotal** | $0.00 |

**hot water not working on electric or gas**

**Description:**

| | | |
|---|---|---|
| | **Job Subtotal** | $0.00 |

**light in dryer on constantly**

**Description:**

| Description | Technician | Hour | Total |
|---|---|---|---|
| repair | Michael Murphy | 0.7 | $49.00 |
| | | **Labor Subtotal** | **$49.00** |
| | | **Job Subtotal** | **$49.00** |

**wood panel under stove rotten**

**Description:**

| Description | Technician | Hour | Total |
|---|---|---|---|
| repair | Michael Murphy | 1.5 | $105.00 |
| | | **Labor Subtotal** | **$105.00** |
| | | **Job Subtotal** | **$105.00** |

**Tile and metal shards from corner slide near front door**

**Description:**

| Part # | Qty | Description | Price | Discount | Total |
|---|---|---|---|---|---|
| 47-0480 | 1.00 | KWIKEE DOOR SWITCH | $21.19 | $0.00 | $21.19 |
| | | | | **Parts Subtotal** | **$21.19** |

| Description | Technician | Hour | Total |
|---|---|---|---|
| repair | Michael Murphy | 0.5 | $35.00 |
| | | **Labor Subtotal** | **$35.00** |
| | | **Job Subtotal** | **$56.19** |

| | |
|---|---|
| **All Jobs Subtotal:** | $210.19 |
| **Tax:** | $0.00 |
| **Total:** | $210.19 |
| **Less Deposits:** | $0.00 |
| **Total Due:** | $210.19 |
| **AR CHARGE - INT - SALES CHARGEBACKS:** | $210.19 |



## Repair Order
### Invoice

**Doc Number:** 25894
**Service Writer:** Mark Atwood
**Date Printed:** 04/06/2018
**Date Promised:** 12/15/2017
**Date In:** 01/02/2018
**Cashier:** MarkA
**Cashier Date:** 02/01/2018

### Customer Information
**Home Phone:** 901-831-3575

**Email:** revbob69@yahoo.com

**Robert G Hallam**
**7413 Tack Cv**
**Southaven, MS  38671**

## Summary

| Unit | Job | Job Total |
|------|-----|-----------|
| 2016 HOLIDAY RAMBLER 38FS | winterize unit | $240.00 |
| 2016 HOLIDAY RAMBLER 38FS | zone one heat inop diag and advise. | $0.00 |
| 2016 HOLIDAY RAMBLER 38FS | water pump inop | $0.00 |
| 2016 HOLIDAY RAMBLER 38FS | fresh water tNK FREEZING UP EVEN WHEN HAD HEAT ON 72 DEGREES ALL | $132.53 |
| 2016 HOLIDAY RAMBLER 38FS | hot when running furnace. | $0.00 |
| 2016 HOLIDAY RAMBLER 38FS | wall plug on dash inop. | $0.00 |
| 2016 HOLIDAY RAMBLER 38FS | entrance door sticking. | $0.00 |
| 2016 HOLIDAY RAMBLER 38FS | gap in floor near step up bedroom seeing daylight. | $0.00 |

|  |  |
|--|--|
| Job Subtotal: | $372.53 |
| Job Parts Subtotal: | $132.53 |
| Job Labor Subtotal: | $240.00 |
| Tax: | $26.08 |
| Total: | $398.61 |
| Less Deposits: | $0.00 |
| MASTERCARD & VISA: | ($398.61) |
| Total Due: | $0.00 |

radio trim pc around radio murphy has on tool box need to install.
Shipping added 1-23-18 for Valve part # 10118201. Cobble

### DISCLAIMER

Southaven RV and Marine is not responsible for loss or damages to vehicle or articles left in the vehicle in case of fire, theft or another cause beyond our control including food spoilage in the refrigerator.  I hereby authorize the above repair work to be done with the necessary materials and hereby grant you and/or your employees permission to operate vehicle herein described, on streets, highways or elsewhere for the purpose of testing and/or inspection. I authorize repairs to the vehicle described above, I require a call to complete repairs should they exceed $_____ .  I waive having an estimate of cost for repairs providing they do not exceed this amount.  I understand that I have 14 days to pick up my RV after completions of my service work or I will be charged $20.00 storage fee per day.
Labor warranty is 90 days for workman ship
Thank you for your business! No returns on electrical parts!

Date vehicle dropped off_____
Date of appointment_____
Repair completion date_____
Qwner notified of completion time_____date_____
Date released_____

I/We, the undersigned, acknowledge the foregoing as factual and I/We hereby acknowledge receipt of the completed work order.  I/We have inspected my/our vehicle and have examined the work done. I/We confirm that the work has been completed to my/our satisfaction.

Signature:_____

# Detail

| Unit | 2016 HOLIDAY RAMBLER 38FS Ambassador | Color: | | Keyboard:2803 | |
|---|---|---|---|---|---|
| | VIN/Serial4UZACJDT6FCGT5865 | Plate: | | Odom/Hrs0 | Out:4,564 |

**winterize unit**

Description:winterize

| Description | Technician | Hour | Total |
|---|---|---|---|
| winterize | Joshua Bussenger | 2 | $240.00 |
| | | **Labor Subtotal** | **$240.00** |
| | | **Job Subtotal** | **$240.00** |

**zone one heat inop diag and advise.**

Description:zone one heat inop zone 2 working correctly.

| | **Job Subtotal** | **$0.00** |
|---|---|---|

**water pump inop**

Description:water pump not working diag and advise.

| | **Job Subtotal** | **$0.00** |
|---|---|---|

**fresh water tNK FREEZING UP EVEN WHEN HAD HEAT ON 72 DEGREES ALL NIGHT**

Description:FRESH WATER TANK FREEZING UP EVEN WHEN HEAT ON 72 DEGREES IN COACH FOR A COUPLE OF DAYS.

| Part # | Qty | Description | Price | Discount | Total |
|---|---|---|---|---|---|
| 10118201 | 1.00 | Kantleak, 4-function Valve w/panel | $132.53 | $0.00 | $132.53 |
| | | | | **Parts Subtotal** | **$132.53** |
| | | | | **Job Subtotal** | **$132.53** |

**hot when running furnace.**

Description:counter top getting hot when running furnace.

| | **Job Subtotal** | **$0.00** |
|---|---|---|

**wall plug on dash inop.**

Description:wall plug on glove box not working.

| | **Job Subtotal** | **$0.00** |
|---|---|---|

**entrance door sticking.**

Description:entry door sticking.

| | **Job Subtotal** | **$0.00** |
|---|---|---|

**gap in floor near step up bedroom seeing daylight.**

Description:

| | **Job Subtotal** | **$0.00** |
|---|---|---|

| | | |
|---|---|---|
| | **All Jobs Subtotal:** | **$372.53** |
| | **Tax:** | **$26.08** |
| | **Total:** | **$398.61** |
| | **Less Deposits:** | **$0.00** |
| | **MASTERCARD & VISA:** | **($398.61)** |
| | **Total Due:** | **$0.00** |



## Repair Order

### Invoice

**Doc Number:** 26837
**Service Writer:** Mark Atwood
**Date Printed:** 04/06/2018
**Date Promised:** 03/03/2018
**Date In:** 03/03/2018
**Cashier:** PATRICIA
**Cashier Date:** 03/06/2018

**Robert G Hallam**
**7413 Tack Cv**
**Southaven, MS 38671**

### Customer Information

**Home Phone:** 901-831-3575

**Email:** revbob69@yahoo.com

Fold here

## Summary

| Unit | Job | | Job Total |
|------|-----|---|-----------|
| 2016 HOLIDAY RAMBLER 38FS | charge back service | | ($240.00) |
| 2016 HOLIDAY RAMBLER 38FS | 1. de-winterize unit c/p | | $0.00 |
| 2016 HOLIDAY RAMBLER 38FS | 2. wiper blade | | $0.00 |
| 2016 HOLIDAY RAMBLER 38FS | 3. repair freeze damage | | $465.25 |

| | |
|---|---|
| **Job Subtotal:** | **$225.25** |
| **Job Sublet Subtotal:** | **$465.25** |
| **Tax:** | **$0.00** |
| **Total:** | **$225.25** |
| **Less Deposits:** | **$0.00** |
| **Total Due:** | **$225.25** |
| **AR CHARGE - INT - SHOP CHARGEBACKS:** | **$225.25** |

**DISCLAIMER**

Southaven RV and Marine is not responsible for loss or damages to vehicle or articles left in the vehicle in case of fire, theft or another cause beyond our control including food spoilage in the refrigerator. I hereby authorize the above repair work to be done with the necessary materials and hereby grant you and/or your employees permission to operate vehicle herein described, on streets, highways or elsewhere for the purpose of testing and/or inspection. I authorize repairs to the vehicle described above, I require a call to complete repairs should they exceed $_____ , I waive having an estimate of cost for repairs providing they do not exceed this amount. I understand that I have 14 days to pick up my RV after completions of my service work or I will be charged $20.00 storage fee per day.

Labor warranty is 90 days for workman ship
Thank you for your business! No returns on electrical parts!

Date vehicle dropped off_____
Date of appointment_____
Repair completion date_____
Owner notified of completion time_____date_____
Date released_____

I/We, the undersigned, acknowledge the foregoing as factual and I/We hereby acknowledge receipt of the completed work order. I/We have inspected my/our vehicle and have examined the work done. I/We confirm that the work has been completed to my/our satisfaction.

Signature:_____

# Detail

**Unit**    **2016 HOLIDAY RAMBLER 38FS Ambassador**    Color:    Keyboard:

VIN/Serial4UZACJDT6FCGT5865    Plate:    Odom/Hrs0    Out:4,584

## charge back service

Description:

| Description | Technician | Hour | Total |
|---|---|---|---|
| winterize charge back | Joshua Bussenger | -2 | ($240.00) |
| | | **Labor Subtotal** | **($240.00)** |
| | | **Job Subtotal** | **($240.00)** |

## 1. de-winterize unit c/p

Description:de-winterize unit

| | | **Job Subtotal** | **$0.00** |
|---|---|---|---|

## 2. wiper blade

Description:customer stated that he need 1 wiper blade and he will change it

| | | **Job Subtotal** | **$0.00** |
|---|---|---|---|

## 3. repair freeze damage

Description:

| Description | Contractor | Total |
|---|---|---|
| Repair Water Heater | Cobb & Son R. V. Repair, LLC | $465.25 |
| | **Sublet Subtotal** | **$465.25** |
| | **Job Subtotal** | **$465.25** |

| | |
|---|---|
| All Jobs Subtotal: | $225.25 |
| Tax: | $0.00 |
| Total: | $225.25 |
| Less Deposits: | $0.00 |
| Total Due: | $225.25 |
| AR CHARGE - INT - SHOP CHARGEBACKS: | $225.25 |

CANADAY'S
RV MOBILE SERVICE
864-483-3591

DATE 4-10-18        ☐ SERVICE  ☐ WILL CALL    PHONE  901-831-3575
                    ☐ INSTALL  ☐ DELIVER
NAME Hallam, Robert                            MAKE  Holiday Rambler
ADDRESS 227 Hope Rd, Coldwater MS 38618        MODEL
                                               SERIAL Vin 4VZAC4DTGFGTS865
ITEM TO BE SERVICED                            NATURE OF SERVICE REQUEST

| QTY. | PART # | DESCRIPTION OF PARTS OR MATERIALS | PRICE | AMOUNT |
|------|--------|-----------------------------------|-------|--------|
| 1 | 150%BTU | Colman A/C with heatpump | | 1276.96 |
| 1 | VOL8101 | Shurflo water pump - PSI 55 | | 146.95 |
| 1 | | Colman fan blade | | 34.00 |

DESCRIPTION OF WORK PERFORMED

5.0 @ 120.00 per hr

service call

| | |
|---|---|
| TOTAL MATERIALS | 1457.51 |
| TOTAL LABOR | 600.00 |
| TAX | 152.05 |
| | 180.00 |
| TOTAL AMOUNT ► | 2789.76 |

DATE WANTED    DEPOSIT                RECEIVED BY

ESTIMATES ARE FOR LABOR ONLY, MATERIAL ADDITIONAL. WE WILL NOT BE RESPONSIBLE FOR LOSS
OR DAMAGE CAUSED BY FIRE, THEFT, TESTING, OR ANY OTHER CAUSES BEYOND OUR CONTROL.

AUTHORIZED BY

TERMS - NET CASH

# EXHIBIT C

# LEMON LAW GROUP PARTNERS PLC

Attorneys and Counselors at Law
2775 Sunny Isles Boulevard, Suite 150
North Miami Beach, Florida 33160

Telephone (888) 415-0610
Facsimile (888) 809-7010
Email: info@lemonlawgrouppartners.com

April 12, 2018

REV RV Group
Owner Relations
P.O. Box 1007
Decatur, IN 46733

Re: Robert Halland
    Vehicle: 2017 Holiday Rambler
    VIN: 4UZACJDT6FCGT5865

Dear Sir/Madam:

Please be advised that this law firm represents the legal interests of Robert Halland relating to the purchase of the above-mentioned vehicle. Let this letter serve as notification that you immediately cease and desist all communications with our client. The only exception is the dealership may communicate with the client is reference to future repairs. Moreover, if you make any attempts to settle with our client without including all statutory relief, including all damages attorney fees and costs the consumer is entitled to, we may file suit against you. This letter hereby notifies you of our attorney's lien with respect to our client.

Please let this letter also serve as notification that our client's vehicle is defective. The vehicle has been brought in for repairs several times for numerous defects and although you have been afforded sufficient opportunities for repairs, the defects continue to exist and substantially impair the use and value and/or safety of the vehicle. If you are interested in any further repairs pursuant to the Lemon Law you must contact me immediately. Our client demands that you immediately take action as required by law.

This letter shall also serve as our client's Revocation of Acceptance pursuant to the Uniform Commercial Code § 2608 and notice of defect under the Lemon Law. Due to the serious defects with the Vehicle since its purchase, our client hereby demands a return of the full purchase price along with all interest paid on the finance note as well as attorney fees and incidental and consequential damages within 10 days of receipt of this letter to settle this matter prior to filing a lawsuit.

Please be advised that if you do not adhere to our demands within 10 days, our client has instructed me to file a lawsuit against you asserting claims that include, but in no way are limited to, breach of warranties, both express and implied, violation of the Magnuson Moss Warranty Act, violation of the Lemon Law, revocation of acceptance, and common law breach of contract. Please direct all future communication to my attention.

Respectfully submitted,

LEMON LAW GROUP PARTNERS PLC

CC: Southaven RV & Marine, 5485 Pepper Chase Dr, Southaven, MS 38671

# COVER SHEET

**Civil Case Filing Form**

*(To be completed by Attorney/Party Prior to Filing of Pleading)*

**Court Identification Docket #**

| County # | Judicial District | Court ID (CH, CI, CO) |
|---|---|---|
| | | C O |

**Case Year** 2 0 1 8

**Docket Number** 1 5 6 8

| Month | Date | Year |
|---|---|---|
| 0 9 | 0 7 | 1 8 |

**Local Docket ID**

Mississippi Supreme Court Form AOC/01
Administrative Office of Courts (Rev 2016)

This area to be completed by clerk

Case Number if filed prior to 1/1/94

In the COUNTY Court of Desoto County — Judicial District

## Origin of Suit (Place an "X" in one box only)
- [X] Initial Filing
- [ ] Reinstated
- [ ] Remanded
- [ ] Reopened
- [ ] Foreign Judgment Enrolled
- [ ] Joining Suit/Action
- [ ] Transfer from Other court
- [ ] Appeal
- [ ] Other

## Plaintiff - Party(ies) Initially Bringing Suit Should Be Entered First - Enter Additional Plaintiffs on Separate Form

**Individual** Last Name: Hallam | First Name: Robert | Maiden Name, if applicable | M.I.: G | Jr/Sr/III/IV

____ Check ( x ) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style: Estate of

____ Check ( x ) if Individual Planitiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity D/B/A or Agency

**Business**

Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated
____ Check ( x ) if Business Plaintiff is filing suit in the name of an entity other than the above, and enter below: D/B/A

**Address of Plaintiff** 7413 Tack CV. Southaven. MS 38671

**Attorney (Name & Address)** Daniel Ware. 2775 Sunny Isles Blvd. Ste 150. North Miami Beach FL 33160 **MS Bar No.** 10847

____ Check ( x ) if Individual Filing Initial Pleading is NOT an attorney
Signature of Individual Filing:

## Defendant - Name of Defendant - Enter Additional Defendants on Separate Form

**Individual** Last Name | First Name | Maiden Name, if applicable | M.I. | Jr/Sr/III/IV

____ Check ( x ) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style: Estate of

____ Check ( x ) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity: D/B/A or Agency

**Business** Southaven R.V. Center, Inc. - incorporated in Mississippi

Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated
____ Check ( x ) if Business Defendant is acting in the name of an entity other than the above, and enter below: D/B/A

**Attorney (Name & Address) - If Known** **MS Bar No.**

FILED
DESOTO COUNTY, MS
SEP 07 2018
Dale K. Thompson
CIRCUIT COURT CLERK

____ Check ( x ) if child support is contemplated as an issue in this suit.*
*If checked, please submit completed Child Support Information Sheet with this Cover Sheet

## Nature of Suit (Place an "X" in one box only)

### Domestic Relations
- [ ] Child Custody/Visitation
- [ ] Child Support
- [ ] Contempt
- [ ] Divorce:Fault
- [ ] Divorce: Irreconcilable Diff.
- [ ] Domestic Abuse
- [ ] Emancipation
- [ ] Modification
- [ ] Paternity
- [ ] Property Division
- [ ] Separate Maintenance
- [ ] Term. of Parental Rights-Chancery
- [ ] UIFSA (eff 7/1/97; formerly URESA)
- [ ] Other

### Appeals
- [ ] Administrative Agency
- [ ] County Court
- [ ] Hardship Petition (Driver License)
- [ ] Justice Court
- [ ] MS Dept Employment Security
- [ ] Municipal Court
- [ ] Other

### Business/Commercial
- [ ] Accounting (Business)
- [ ] Business Dissolution
- [ ] Debt Collection
- [ ] Employment
- [ ] Foreign Judgment
- [ ] Garnishment
- [ ] Replevin
- [ ] Other

### Probate
- [ ] Accounting (Probate)
- [ ] Birth Certificate Correction
- [ ] Mental Health Commitment
- [ ] Conservatorship
- [ ] Guardianship
- [ ] Heirship
- [ ] Intestate Estate
- [ ] Minor's Settlement
- [ ] Muniment of Title
- [ ] Name Change
- [ ] Testate Estate
- [ ] Will Contest
- [ ] Alcohol/Drug Commitment (Involuntary)

- [ ] Alcohol/Drug Commitment (Voluntary)
- [ ] Other

### Children/Minors - Non-Domestic
- [ ] Adoption - Contested
- [ ] Adoption - Uncontested
- [ ] Consent to Abortion
- [ ] Minor Removal of Minority
- [ ] Other

### Civil Rights
- [ ] Elections
- [ ] Expungement
- [ ] Habeas Corpus
- [ ] Post Conviction Relief/Prisoner
- [ ] Other

### Contract
- [X] Breach of Contract
- [ ] Installment Contract
- [ ] Insurance
- [ ] Specific Performance
- [ ] Other

### Statutes/Rules
- [ ] Bond Validation
- [ ] Civil Forfeiture
- [ ] Declaratory Judgment
- [ ] Injunction or Restraining Order
- [ ] Other

### Real Property
- [ ] Adverse Possession
- [ ] Ejectment
- [ ] Eminent Domain
- [ ] Eviction
- [ ] Judicial Foreclosure
- [ ] Lien Assertion
- [ ] Partition
- [ ] Tax Sale: Confirm/Cancel
- [ ] Title Boundary or Easement
- [ ] Other

### Torts
- [ ] Bad Faith
- [ ] Fraud
- [ ] Intentional Tort
- [ ] Loss of Consortium
- [ ] Malpractice - Legal
- [ ] Malpractice - Medical
- [ ] Mass Tort
- [ ] Negligence - General
- [ ] Negligence - Motor Vehicle
- [ ] Premises Liability
- [ ] Product Liability
- [ ] Subrogation
- [ ] Wrongful Death
- [ ] Other

**IN THE** _COUNTY_ **COURT OF** _Desoto_ **COUNTY, MISSISSIPPI**

_____ **JUDICIAL DISTRICT, CITY OF** _____

Docket No._____ - _____ _____
File Yr          Chronological No.          Clerk's Local ID

Docket No. If Filed
Prior to 1/1/94 _____

**PLAINTIFFS IN REFERENCED CAUSE - Page 1 of ___ Plaintiffs Pages
IN ADDITION TO PLAINTIFF SHOWN ON CIVIL CASE FILING FORM COVER SHEET**

**Plaintiff #2:**

**Individual**: _Hallam_ _____ _Alaine_ _____ ( _____ ) _G._ _____
                  Last Name          First Name       Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

**Business** _____
          Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

D/B/A _____

**ATTORNEY FOR THIS PLAINTIFF**: _____ Bar # or Name: _Daniel Ware_ _____ _Pro Hac Vice_ (✓)___ Not an Attorney(✓)___

**Plaintiff #3:**

**Individual**: _____ _____ ( _____ ) _____
                  Last Name          First Name       Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

**Business** _____
          Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

D/B/A _____

**ATTORNEY FOR THIS PLAINTIFF**: _____ Bar # or Name: _____ _Pro Hac Vice_ (✓)___ Not an Attorney(✓)___

**Plaintiff #4:**

**Individual**: _____ _____ ( _____ ) _____
                  Last Name          First Name       Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

**Business** _____
          Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

D/B/A _____

**ATTORNEY FOR THIS PLAINTIFF**: _____ Bar # or Name: _____ _Pro Hac Vice_ (✓)___ Not an Attorney(✓)___

**IN THE** __COUNTY__ **COURT OF** __Desoto__ **COUNTY, MISSISSIPPI**

_____ **JUDICIAL DISTRICT, CITY OF** _____

Docket No._____ - _____    _____    Docket No. If Filed
         File Yr      Chronological No.    Clerk's Local ID      Prior to 1/1/94_____

**PLAINTIFFS IN REFERENCED CAUSE - Page __ of __ Plaintiffs Pages
IN ADDITION TO PLAINTIFF SHOWN ON CIVIL CASE FILING FORM COVER SHEET**

**Plaintiff # __ :**

**Individual**: _____    _____    ( _____ )  _____  _____
            Last Name      First Name      Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

**Business** _____
         Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

D/B/A _____

**ATTORNEY FOR THIS PLAINTIFF**: _____ Bar # or Name: _____ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

**Plaintiff # __ :**

**Individual**: _____    _____    ( _____ )  _____  _____
            Last Name      First Name      Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

**Business** _____
         Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

D/B/A _____

**ATTORNEY FOR THIS PLAINTIFF**: _____ Bar # or Name: _____ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

**Plaintiff # __ :**

**Individual**: _____    _____    ( _____ )  _____  _____
            Last Name      First Name      Maiden Name, if Applicable   Middle Init.   Jr/Sr/III/IV

___Check (✓) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Plaintiff is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

**Business** _____
         Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Plaintiff is filing suit in the name of an entity other than the name above, and enter below:

D/B/A _____

**ATTORNEY FOR THIS PLAINTIFF**: _____ Bar # or Name: _____ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

**IN THE** <u>COUNTY</u> **COURT OF** <u>Desoto</u> **COUNTY, MISSISSIPPI**

_____ **JUDICIAL DISTRICT, CITY OF** _____

Docket No._____ - _____ _____     Docket No. If Filed
     File Yr     Chronological No.     Clerk's Local ID     Prior to 1/1/94_____

**DEFENDANTS IN REFERENCED CAUSE - Page 1 of ___ Defendants Pages**
**IN ADDITION TO DEFENDANT SHOWN ON CIVIL CASE FILING FORM COVER SHEET**

**Defendant #2:**

**Individual**: _____ _____ ( _____ ) _____ _____
     Last Name     First Name     Maiden Name, if Applicable     Middle Init.     Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

**Business** REV Recreation Group, Inc. - incorporated in Indiana
     Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

D/B/A _____

**ATTORNEY FOR THIS DEFENDANT**: _____ Bar # or Name: _____ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

**Defendant #3:**

**Individual**: _____ _____ ( _____ ) _____ _____
     Last Name     First Name     Maiden Name, if Applicable     Middle Init.     Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

**Business** _____
     Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

D/B/A _____

**ATTORNEY FOR THIS DEFENDANT**: _____ Bar # or Name: _____ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

**Defendant #4:**

**Individual**: _____ _____ ( _____ ) _____ _____
     Last Name     First Name     Maiden Name, if Applicable     Middle Init.     Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

**Business** _____
     Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the above, and enter below:

D/B/A _____

**ATTORNEY FOR THIS DEFENDANT**: _____ Bar # or Name: _____ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

**IN THE** <u>COUNTY</u> **COURT OF** <u>Desoto</u> **COUNTY, MISSISSIPPI**

_____ **JUDICIAL DISTRICT, CITY OF**

Docket No. _____ - _____ _____          Docket No. If Filed
　　　　　File Yr　　　　Chronological No.　　　　Clerk's Local ID          Prior to 1/1/94 _____

**DEFENDANTS IN REFERENCED CAUSE - Page ___ of ___ Defendants Pages
IN ADDITION TO DEFENDANT SHOWN ON CIVIL CASE FILING FORM COVER SHEET**

**Defendant # ___ :**

**Individual**: _____ _____ ( _____ ) _____ _____
　　　　　　　　　Last Name　　　　　First Name　　　Maiden Name, if Applicable　Middle Init.　Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

**Business** _____
　　　　Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

D/B/A _____

**ATTORNEY FOR THIS DEFENDANT**: _____ Bar # or Name: _____ _Pro Hac Vice_ (✓)___ Not an Attorney(✓)___

**Defendant # ___ :**

**Individual**: _____ _____ ( _____ ) _____ _____
　　　　　　　　　Last Name　　　　　First Name　　　Maiden Name, if Applicable　Middle Init.　Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

**Business** _____
　　　　Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

D/B/A _____

**ATTORNEY FOR THIS DEFENDANT**: _____ Bar # or Name: _____ _Pro Hac Vice_ (✓)___ Not an Attorney(✓)___

**Defendant # ___ :**

**Individual**: _____ _____ ( _____ ) _____ _____
　　　　　　　　　Last Name　　　　　First Name　　　Maiden Name, if Applicable　Middle Init.　Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

**Business** _____
　　　　Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

D/B/A _____

**ATTORNEY FOR THIS DEFENDANT**: _____ Bar # or Name: _____ _Pro Hac Vice_ (✓)___ Not an Attorney(✓)___

?

### *CHILD SUPPORT INFORMATION SHEET*

#### *Please include all information known*

IN THE <u>COUNTY</u>      COURT OF <u>Desoto</u>              **COUNTY, MISSISSIPPI**

_____ **JUDICIAL DISTRICT, CITY OF** _____

Docket No._____ - _____ _____        Docket No. If Filed
          File Yr      Chronological No.     Clerk's Local ID                 Prior to 1/1/94_____

**Father:** _____ _____ \_\_\_\_\_ _____ _____ _____
          Last         First        M/I   Jr/Sr etc.    Date of Birth      Social Security #

Address: _____ (\_\_\_) _____ _____
                                                Phone #          Drivers License #

Employer Name and Address: _____ (\_\_\_)
                                                     Employer Phone #

**Mother:** _____ _____ \_\_\_\_\_ _____ _____ _____
          Last         First        M/I   Jr/Sr etc.    Date of Birth      Social Security #

Address: _____ (\_\_\_) _____ _____
                                                Phone #          Drivers License #

Employer Name and Address: _____ (\_\_\_)
                                                      Employer Phone #

**Child:** _____ _____ \_\_\_\_\_ _____ _____ _____
          Last         First        M/I   Jr/Sr etc.    Date of Birth      Social Security #

Address: _____ (\_\_\_) _____
                                                Phone #

**Child:** _____ _____ \_\_\_\_\_ _____ _____ _____
          Last         First        M/I   Jr/Sr etc.    Date of Birth      Social Security #

Address: _____ (\_\_\_) _____
                                                Phone #

**Child:** _____ _____ \_\_\_\_\_ _____ _____ _____
          Last         First        M/I   Jr/Sr etc.    Date of Birth      Social Security #

Address: _____ (\_\_\_) _____
                                                Phone #

**Child:** _____ _____ \_\_\_\_\_ _____ _____ _____
          Last         First        M/I   Jr/Sr etc.    Date of Birth      Social Security #

Address: _____ (\_\_\_) _____
                                                Phone #

*FOR ADDITIONAL CHILDREN, PLEASE ATTACH ADDITIONAL FORMS*

MANDATED PURSUANT TO:
**Federal Social Security Act Title IV-D,**
**§§ 454(26)(A) and 454A(e)(4);**
**Miss. Code Ann. §43-19-31(l)(iii) (Supp. 1999)**

**Information will be sent to the**
**ADMINISTRATIVE OFFICE OF COURTS AND**
**MDHS CHILD SUPPORT ENFORCEMENT DIVISION**

FEE BILL, CIVIL CASES, COUNTY COURT

State of Mississippi
DeSoto County

ROBERT & ALAINE HALLAM V SOUTHAVEN RV CENTER, INC.

Case # CO2018-1568CD     Acct #        Paid By CHECK 35338     Rct# 86754
------------------------------------------------------------------------

```
                CLERK'S FEE                        85.00
                JURY TAX                            3.00
                COURT REPORTER FEE                 10.00
                LAW LIBRARY                         2.50
                ST COURT EDUCATION                  2.00
                CONSTITUENT FEE                      .50
                COURT ADMIN FEE                     2.00
                LEGAL ASSISTANCE                    5.00
                ELECTRONIC FILING                  10.00
                JUDICIAL FUND                      40.00
```

                                         ===========
                               Total   $   160.00
------------------------------------------------------------------------


Payment received from LEMON LAW GROUP


Transaction  247499 Received  9/ 7/2018 at 14:48 Drawer   2 I.D. AIBSEN

Current Balance Due        $0.00              Receipt Amount $   160.00

  By _____ D.C.  Dale K. Thompson, Circuit Clerk

Case # CO2018-1568CD     Acct #       Paid By CHECK 35338    Rct#  86754

## IN THE COUNTY COURT OF DESOTO COUNTY, MISSISSIPPI
## CIVIL DIVISION

ROBERT G. HALLAM and
ALAINE G. HALLAM, individuals

      Plaintiffs,

vs.                                    Cause No.:    CO2018-1568CD

SOUTHAVEN R.V. CENTER, INC., a
Mississippi Profit Corporation and REV
RECREATION GROUP, INC., a Foreign
Profit Corporation,

      Defendants.

_____

### SUMMONS

TO:   REV RECREATION GROUP, INC.
      c/o CT Corporation System
      150 W. Market Street, Suite 800
      Indianapolis, Indiana 46204

### NOTICE TO DEFENDANT(S)

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST
TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand deliver a copy of a written response to the Complaint to Daniel Ware,
Lemon Law Group Partners, PLC, attorney for the Plaintiff(s), whose address is 2775 Sunny Isles
Blvd., Ste. 150, North Miami Beach, FL 33160. Your response must be mailed or delivered within
(30) days from the date of delivery of this summons and complaint or a judgment by default will be
entered against you for the money or other things demanded in the complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time
afterward.

Issued under my hand and the seal of said Court, this _____7TH_____ day of _September_, 20__18.

Dale F. Thompson

Clerk of DeSoto County, Mississippi

A. Ibsen D.C.

## PROOF OF SERVICE--SUMMONS

### (Process Server)

[*Use separate proof of service for each person served*]

_____

Name of Person or Entity Served

I, the undersigned process server, served the summons and complaint upon the person or entity named above in the manner set forth below (process server must check proper space and provide all additional information that is requested and pertinent to the mode of service used):

___FIRST CLASS MAIL AND ACKNOWLEDGEMENT SERVICE. By mailing (by first class mail, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgement and return envelope, postage prepaid, addressed to the sender (Attach completed acknowledgement of receipt pursuant to M.R.C.P. Form 1B).

___PERSONAL SERVICE. I personally delivered copies to_____on the_____day of _____, 20___, where I found said person(s) in_____County of the State of_ ___.

___RESIDENCE SERVICE. After exercising reasonable diligence I was unable to deliver copies to said person within_____county, (state). I served the summons and complaint on the ___day of_ _____, 19_, at the usual place of abode of said person by leaving a true copy of the summons and complaint with____who is the_____(here insert wife, husband, son, daughter or other person as the case may be), a member of the family of the person served above the age of sixteen years and willing to receive the summons and complaint, and thereafter on the___day of_____, 19_, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

___CERTIFIED MAIL SERVICE. By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served. (Attach signed return receipt or the return envelope marked "Refused.")

At the time of service I was at least 18 years of age and not a party to this action.

Fee for service: $_____

Process server must list below: [Please print or type]

Name_____
Address_____

_____
Telephone No._____

State of_____)
County of_____)

Personally appeared before me the undersigned authority in and for the state and county aforesaid, the within named___who being first by me duly sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service-Summons" are true and correct as therein stated.

_____
Process Server (Signature)

Sworn to and subscribed before me this the_____day of_____20___.

_____
Notary Public

(Seal) My Commission Expires:_____

## IN THE COUNTY COURT OF DESOTO COUNTY, MISSISSIPPI
## CIVIL DIVISION

ROBERT G. HALLAM and
ALAINE G. HALLAM, individuals

      Plaintiffs,

vs.                                        Cause No.:    CO2018-1568CD

SOUTHAVEN R.V. CENTER, INC., a
Mississippi Profit Corporation and REV
RECREATION GROUP, INC., a Foreign
Profit Corporation,

      Defendants.

---

### SUMMONS

TO:    SOUTHAVEN R.V. CENTER, INC.
       c/o William Mark Hixson, Resident Agent
       5485 Pepper Chase Dr.
       Southaven, MS 38671

### NOTICE TO DEFENDANT(S)

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST
TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand deliver a copy of a written response to the Complaint to Daniel Ware,
Lemon Law Group Partners, PLC, attorney for the Plaintiff(s), whose address is 2775 Sunny Isles
Blvd., Ste. 150, North Miami Beach, FL 33160. Your response must be mailed or delivered within
(30) days from the date of delivery of this summons and complaint or a judgment by default will be
entered against you for the money or other things demanded in the complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time
afterward.

Issued under my hand and the seal of said Court, this _____ day of September, 20__18.

Dale A. Thompson

Clerk of DeSoto County, Mississippi
A. Yeser D.C.

## PROOF OF SERVICE--SUMMONS

### (Process Server)

[*Use separate proof of service for each person served*]

_____

Name of Person or Entity Served

    I, the undersigned process server, served the summons and complaint upon the person or entity named above in the manner set forth below (process server must check proper space and provide all additional information that is requested and pertinent to the mode of service used):

___FIRST CLASS MAIL AND ACKNOWLEDGEMENT SERVICE. By mailing (by first class mail, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgement and return envelope, postage prepaid, addressed to the sender (Attach completed acknowledgement of receipt pursuant to M.R.C.P. Form 1B).

___PERSONAL SERVICE. I personally delivered copies to_____on the_____day of _____, 20___, where I found said person(s) in_____County of the State of ___.

___RESIDENCE SERVICE. After exercising reasonable diligence I was unable to deliver copies to said person within_____county, (state). I served the summons and complaint on the ___day of _____, 19_, at the usual place of abode of said person by leaving a true copy of the summons and complaint with____who is the_____(here insert wife, husband, son, daughter or other person as the case may be), a member of the family of the person served above the age of sixteen years and willing to receive the summons and complaint, and thereafter on the___day of_____, 19_, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

___CERTIFIED MAIL SERVICE. By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served. (Attach signed return receipt or the return envelope marked "Refused.")

At the time of service I was at least 18 years of age and not a party to this action.

Fee for service: $_____

Process server must list below: [Please print or type]

Name_____
Address_____

_____
Telephone No._____

State of_____)
County of_____)

Personally appeared before me the undersigned authority in and for the state and county aforesaid, the within named___who being first by me duly sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service-Summons" are true and correct as therein stated.

_____
Process Server (Signature)

Sworn to and subscribed before me this the_____day of_____20___.

_____
Notary Public

(Seal) My Commission Expires:_____

## IN THE COUNTY COURT OF DESOTO COUNTY, MISSISSIPPI
## CIVIL DIVISION

ROBERT G. HALLAM and
ALAINE G. HALLAM, individuals

      Plaintiffs,

vs.                                    Cause No.:                CO2018-1568CD

SOUTHAVEN R.V. CENTER, INC., a
Mississippi Profit Corporation and REV
RECREATION GROUP, INC., a Foreign
Profit Corporation,

      Defendants.

_____

### SUMMONS

TO:    SOUTHAVEN R.V. CENTER, INC.
       c/o William Mark Hixson, Resident Agent
       5485 Pepper Chase Dr.
       Southaven, MS  38671

FILED
DESOTO COUNTY, MS

SEP 1 3 2018

Dale K. Thompson
CIRCUIT COURT CLERK

### NOTICE TO DEFENDANT(S)

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST
TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand deliver a copy of a written response to the Complaint to Daniel Ware,
Lemon Law Group Partners, PLC, attorney for the Plaintiff(s), whose address is 2775 Sunny Isles
Blvd., Ste. 150, North Miami Beach, FL 33160. Your response must be mailed or delivered within
(30) days from the date of delivery of this summons and complaint or a judgment by default will be
entered against you for the money or other things demanded in the complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time
afterward.

Issued under my hand and the seal of said Court, this _____ 7th _____ day of _September_, 20__18.

Dale F. Thompson
Clerk of DeSoto County, Mississippi
A. Ihosen D.C.

RECEIVED

SEP 1 0 2018

DESOTO COUNTY SHERIFF'S DEPT

## PROOF OF SERVICE--SUMMONS

### (Process Server)

[*Use separate proof of service for each person served*]

C/O William Mark Hinson

Southaven RV Center

Name of Person or Entity Served

    I, the undersigned process server, served the summons and complaint upon the person or entity named above in the manner set forth below (process server must check proper space and provide all additional information that is requested and pertinent to the mode of service used):

__FIRST CLASS MAIL AND ACKNOWLEDGEMENT SERVICE. By mailing (by first class mail, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgement and return envelope, postage prepaid, addressed to the sender (Attach completed acknowledgement of receipt pursuant to M.R.C.P. Form 1B).

__PERSONAL SERVICE. I personally delivered copies to Southaven RV Center c/o William Mark Hinson on the _____ day of 9 _____, 20 18, where I found said person(s) in Desoto County of the State of ___.

__RESIDENCE SERVICE. After exercising reasonable diligence I was unable to deliver copies to said person within_____county, (state). I served the summons and complaint on the ___day of _____, 19_, at the usual place of abode of said person by leaving a true copy of the summons and complaint with_____who is the_____(here insert wife, husband, son, daughter or other person as the case may be), a member of the family of the person served above the age of sixteen years and willing to receive the summons and complaint, and thereafter on the___day of_____, 19_, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

__CERTIFIED MAIL SERVICE. By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served. (Attach signed return receipt or the return envelope marked "Refused.")

At the time of service I was at least 18 years of age and not a party to this action.

Fee for service: $_____

Process server must list below: [Please print or type]

Name _Keith Bowen_

Address _____

_____

Telephone No. _____

State of ___mi___ )
County of ___DeSoto___ )

Personally appeared before me the undersigned authority in and for the state and county aforesaid, the within named___who being first by me duly sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service-Summons" are true and correct as therein stated.

_____
Process Server (Signature)

Sworn to and subscribed before me this the ___11___ day of ___9___ 20_18_.

_____
Notary Public

(Seal) My Commission Expires:_____

## IN THE COUNTY COURT OF DESOTO COUNTY, MISSISSIPPI
## CIVIL DIVISION

ROBERT G. HALLAM and ALAINE G.      )
HALLAM,                              )
                                     )
      Plaintiffs,                    )
                                     )
vs.                                  )      CIVIL ACTION NO.: CO2018-1568-CD
                                     )
SOUTHAVEN R.V. CENTER, INC. and      )
REV RECREATION GROUP, INC.,          )
                                     )
      Defendants.                    )

### NOTICE OF APPEARANCE

Cassandra Harris Kalupa of Galese & Ingram, P.C. hereby enters her appearance as counsel for the Defendant Southaven R.V. Center, Inc.

Respectfully submitted,

/s/ Cassandra H. Kalupa

_____
Cassandra H. Kalupa (MSB# 101667)

OF COUNSEL:
GALESE & INGRAM, P.C.
800 Shades Creek Pkwy, Suite 300
Birmingham, Alabama 35209
Telephone:    (205) 870-0663
Fax:          (205) 870-0681
Email:        jeff@galese-ingram.com
              sandy@galese-ingram.com

### CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2018, I electronically filed the foregoing pleading or other paper with the Clerk of Court using the MEC system which sent notification of such filing to the following:

Daniel D. Ware
dware@warelawfirm.com

/s/ Cassandra H. Kalupa