# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

| | | |
|---|---|---|
| ROBERT G. HALLAM and ALAINE G. HALLAM, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Civil Action No.: 3:18-cv-00220-DMB-RP |
| SOUTHAVEN R.V. CENTER, INC. and REV RECREATION GROUP, INC., | ) ) ) ) | |
| Defendants. | ) | |

## JOINT STIPULATION OF DISMISSAL

COME NOW the Plaintiffs, Robert G. Hallam and Alaine G. Hallam, and the Defendants, Southaven R.V. Center, Inc. and REV Recreation Group, Inc., through counsel, and stipulate that this matter can be dismissed by the Court, with prejudice, with fees and costs taxed as paid.

This 27th day of January, 2020.

Respectfully Submitted,

FOR PLAINTIFF:

/s/ Daniel D. Ware

_____
Daniel D. Ware
Ware Law Firm
2472 Hwy 49 South, #F
Florence, Mississippi 39073
(601) 845-9273

FOR DEFENDANTS:

/s/ J. Bartow Cannon, Jr.
_____
J. Bartow Cannon, Jr.
Huie, Fernambucq & Stewart, LLP
Attorneys for REV Recreation Group, Inc.
2801 Highway 280 South, Suite 200
Birmingham, Alabama 35223
(205) 251-1193

/s/ Jeffrey L. Ingram
_____
Jeffrey L. Ingram
Galese & Ingram, P.C.
Attorney for RDM Automotive, LLC
800 Shades Creek Pkwy, Suite 300
Birmingham, Alabama 35209
(205) 870-0663