**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

| | |
|---|---|
| **ROBERT G. HALLAM, and<br>ALAINE G. HALLAM, Individuals** | **PLAINTIFFS** |
| **V.** | **NO. 3:18-CV-220-DMB-RP** |
| **SOUTHAVEN R.V. CENTER, INC.,<br>a Mississippi Profit Corporation; and<br>REV RECREATION GROUP, INC.,<br>a Foreign Profit Corporation** | **DEFENDANTS** |

**ORDER CLOSING CASE**

On January 27, 2020, a "Joint Stipulation of Dismissal" was filed, signed by all parties who have appeared, in which the parties stipulated to the dismissal of this case with prejudice. Doc. #19. Accordingly, this case is **CLOSED**.

**SO ORDERED**, this 27th day of January, 2020.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**